# EXHIBIT A

  

Shipping From:
**Spec's Online**

My Account (0)



WINE | SPIRITS | BEER & SELTZERS | FINER FOODS | MORE

SEARCH

SEARCH SPIRITS

No filters currently selected.

**PRICE**

$0 – $250+



# DASH TEXAS VODKA

**$21.99**

Dash texas vodka premium quality organic wheat and sun-roasted thomson raisins. Utilizing the latest technology using old-fashioned fermentation and distillation methods dash is distilled seven times through a handmade copper hybrid still. The final product is finished with purified mineral water filtered through crushed coconut shells plate filtered and micro-oxygenated. Every batch is sampled and analyzed in our on-site laboratory to achieve consistency and quality. The resulting spirit-the smoothest vodka in the market. Produced organically and gluten free! 40% abv

1    ADD TO CART

CHECK STORE AVAILABILITY

**SKU:** 085230000302
**Category:** Spirits
**Tags:** Texas, US Vodka, USA

**Additional Information** | Reviews (0) | Product Details

| Spirits Category | US Vodka |
|---|---|
| Spirits Size | 750ml |
| Spirits Origin | USA |

Tweet    Share    Pin It

## RELATED PRODUCTS



| FINEST CALL PREMIUM LIME JUICE | READY RABBIT PUREE STRAWBERRY | READY RABBIT TRIPLE SEC SUGAR FREE | READY RABBIT POMEGRANATE CONC. |
|---|---|---|---|
| LT | LT | LT | LT |
| $6.31 | $5.25 | $7.99 | $5.25 |
| ADD TO CART | ADD TO CART | ADD TO CART | ADD TO CART |
| QUICK VIEW | QUICK VIEW | QUICK VIEW | QUICK VIEW |

─── STAY CONNECTED WITH US ───




